**No. 10-10412. Patricia Shepard, Petitioner v. United States.**

565 U.S. 1074, 132 S. Ct. 801, 181 L. Ed. 2d 512, 2011 U.S. LEXIS 8395.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 836, 132 S. Ct. 140, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5311.